UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN THE MATTER OF:

Arthur Rathburn,

Bankruptcy Case No. 09-24072
Honorable Daniel Opperman
Chapter 7

Debtor.
_____/

**STIPULATION FOR ADJOURMENT REGARDING HEARING ON TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AT AUCTION FREE AND CLEAR OF LIENS, CLAIMS AND OTHER INTEREST AND TO TRANFER LIENS, CLAIMS AND OTHER INTEREST TO PROCEEDS OF SALE AND HEARING ON DEBTOR'S MOTION TO COMPEL ABANDONMENT**

**NOW COMES** Debtor Arthur Rathburn by and through his counsel, Stevenson & Bullock, P.L.C., Trustee Karen E. Evangelista by and through her counsel Beadle Smith, PLC and Creditors Gerald and Marcella Stone who hereby stipulate to the entry of the attached Order.

Approved as to form and content:

| STEVENSON & BULLOCK, P.L.C. | BEADLE SMITH, PLC |
|---|---|
| /s/ Charles D. Bullock (P55550) | /s/ Thomas L. Beadle (P39203) |
| Attorneys for Debtor | Attorneys for Trustee |
| 26100 American Drive, Suite 500 | 445 South Livernois Road, Suite 305 |
| Southfield, MI 48034 | Rochester Hills, MI 48307 |
| (248)354-7906 ext. 2224 | (248)650-6094 |
| cbullock@sbplclaw.com | tbeadle@bbssplc.com |
| Dated: July 7, 2011 | Dated: July 7, 2011 |

/s/ Gerald M. Stone
By: Gerald M. Stone, Creditor
615 W. Washington Street
Howell, MI 48843
(248) 232-3075

/s/ Marcella D. Stone
By: Marcella D. Stone, Creditor
615 W. Washington Street
Howell, MI 48843
(248) 232-3075

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN THE MATTER OF:
Arthur Rathburn,

Bankruptcy Case No. 09-24072
Honorable Daniel Opperman
Chapter 7

Debtor.
_____/

**ORDER FOR ADJOURMENT REGARDING HEARING ON TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE AT AUCTION FREE AND CLEAR OF LIENS, CLAIMS AND OTHER INTEREST AND TO TRANFER LIENS, CLAIMS AND OTHER INTEREST TO PROCEEDS OF SALE AND HEARING ON DEBTOR'S MOTION TO COMPEL ABANDONMENT**

This matter having come on to be heard upon the Stipulation of the parties and the Court being advised in the premises, now, therefore;

**IT IS ORDERED** that the hearing on Trustee's Motion to Sell Property of the Estate at Auction Free and Clear of Liens, Claims and Other Interests and Transfer Liens, Claims, and Other Interests to Proceeds of the Sale set for July 7, 2011 at 1:30 p.m. is adjourned to August 11, 2011 at 1:30 p.m.

**IT IS HEREBY FURTHER ORDERED** that the hearing on Debtor's Motion to Compel Abandonment set for July 7, 2011 at 1:30 p.m. is adjourned to August 11, 2011 at 1:30 p.m.

**IT IS HEREBY FURTHER ORDERED** that the Automatic Stay is hereby vacated in favor of Gerald Stone and Marcella Stone as it relates to the land contract interest of the Debtor, Arthur Rathburn, in the real property identified as vacant land, Bearinger Twp., Surf Park Subdivision, Presque Isle: Lots, 526 through 537, 539, 540, 541, 542 543 and 546, Map of Suirf Park, according to the Plat as recorded in Liber 2 of Plats, Pages, 25 & 26, Presque Isle County, Michigan

**IT IS HEREBY FURTHER ORDERED** that the Response filed by Gerald and Marcella Stone to the Debtor's Motion to Abandon is hereby withdrawn.